DEFENDANT: HENRY W. SCHLOTFELD III
CASE NUMBER: 8:23CR215-009

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred nine (109) months.**

☒The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to Omaha, Nebraska.
3. Defendant should be given credit for time served.

☐The defendant is remanded to the custody of the United States Marshal.

☐The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☒The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☒ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant ~~was delivered~~ Sur on 05-18-2026 to Federal Prison Camp at Duluth, MN, with a certified copy of this judgment.

B. Eischen, Warden
~~UNITED STATES MARSHAL~~

BY: J. Ostrander, CSO
~~DEPUTY UNITED STATES MARSHAL~~

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUL -1 AM 9:04
OFFICE OF THE CLERK

JUN 29 PM1:12